IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Dianne Michele Carter El-Bey, a/k/a D'ori Me'ira El-Bey, | ) ) ) | C/A No.: 0:14-513-TLW-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Clover Police Department; M.L. Wilson; C.J. Neeland; C.D. Dover; C.S. Salvage, Inc. d/b/a A+ Garage & Towing; J. Corsey Bentley; Rachel Anne Fiesta Fleming; Herman Melvin Howell; York County Sheriff's Office; and Bruce M. Bryant, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of her constitutional rights pursuant to 42 U.S.C. § 1983. Defendants Clover Police Department, C.D. Dover, C.J. Neeland, and M.L. Wilson ("Clover Defendants") filed a motion for summary judgment on July 29, 2014. [Entry #32]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) on July 30, 2014, advising her of the importance of the motion for summary judgment and of the need for her to file an adequate response. [Entry #33]. Plaintiff was specifically advised that if she failed to respond adequately, Clover Defendants' motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the

court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to Clover Defendants' motion for summary judgment by September 23, 2014. Plaintiff is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute.[1] *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

September 9, 2014                 Shiva V. Hodges
Columbia, South Carolina      United States Magistrate Judge

---

[1] The undersigned notes that J. Corsey Bentley and C.S. Salvage, Inc. filed a motion to dismiss and for summary judgment on September 8, 2014. [Entry #35]. Plaintiff's response to Entry #35 is due by October 14, 2014. [Entry #36]. However, if Plaintiff fails to respond to this order, the undersigned will assume that she wishes to abandon her case against all defendants and will recommend this matter be dismissed with prejudice against all defendants.